(April 17, 1989)

1 In the Matter of NORBERT J. SHERBUNT, an Attorney, Petitioner.—Per Curiam. Application for reinstatement granted and petitioner, Norbert J. Sherbunt, reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. Order entered. Mahoney, P. J., Kane, Levine, Yesawich, Jr., and Mercure, JJ., concur.